U.S.DISTRICT COURT

ORLANDO,FLA

August 21,2013

6:13-cv-1283-orl-18GJK

Re:Complaint to sue Respondent.(WALT DISNEY WORLD.)

I am filing this complaint to Sue in accordance with EEOC GUIDELINES UNDER Chapters VII AND ALL OTHER RELEVANT Statues.

The Facts of the complaint are, I was terminated May 17,2012 for sleeping on duty after 18 years and this being my first Offense. I filed a charge of Discrimination with EEOC.(U.S.EQUAL EMPLOYMENT OPPORTUNITY COMMISSION .)  The Investigation was inquired into by agent David Miller who concluded that through his investigation, he was unable to find any violations of the Statues. The company(WDW) presented EEOC with "7"(seven) points of intrest with years from 1970 to 1993 to make its case, updated to present time it would amount to about 43 years total. But this is only one side of the equation,the other side of the equation not forthcoming from "WDW" would be " HOW MANY EMPLOYEES WERE NOT DISCHARGED FOR THE SAME ACTIONS AS MINE?. All i ask of the Court is to Please view both sides of the equation, and if after 43 years their records are "CLEAN". I rest my case.

Sincerely

EDWARD HUTCHERSON

t

PER SE

P.O. Box
343
Palatka FLA 32178